*Karen P. Hewitt*
*United States Attorney*
*Southern District of California*

*(619) 557-5028*
*Fax (619) 557-5551*

*San Diego County Office*
*Federal Office Building*
*880 Front Street, Room 6293*
*San Diego, California 92101-8893*

*Imperial County Office*
*321 South Waterman Avenue*
*Room 204*
*El Centro, California 92243-2215*

# NOTICE TO APPEAR

RE: UNITED STATES OF AMERICA,
v.
Stauffer, Lori,

Magistrate Case No. 07MJ2653
For Violation of: 8 USC 1324 (a)(2)(B)(iii)

You are hereby notified that your case will be called for arraignment on Tuesday *(day)*, November 20th, 2007 *(date)*, at the hour of 10:30 a.m., in the United States Magistrate Court, United States Courthouse, 940 Front Street, San Diego, California, 92101. You should report to the courtroom of the Duty Magistrate for that day. You are to be present in court at the time and date set forth above. If you are not present, a warrant may be issued for your arrest.

You may be charged with a criminal offense. You are strongly advised to consult with an attorney before the above court appearance. If you do not have funds to hire an attorney, you may qualify for appointed counsel. If you think you qualify for court-appointed counsel, it is suggested that you report to Federal Defenders of San Diego, Inc., located in The Homesavings Tower, 225 Broadway, Suite 900, San Diego, California, 92101, telephone: (619) 234-8467, approximately one and one half (1 ½) hours before your scheduled court appearance to speak with an attorney.

KAREN P. HEWITT
United States Attorney

____________________
MICHAEL WHEAT
Deputy Chief, Border Crimes

---

I hereby acknowledge the fact that I must appear on the date above, and by affixing my signature, do promise to appear as ordered.

Signed: Lori Stauffer

Dated: 11 · 13 · 07

Carla Saco

Presented by: Carla Saco A4793
(Agent's Name)

U.S. Customs and Border Protection
(Agency)

(619) 694-7176
(Agent's Telephone No.)

TOTAL P.02

2 9pm