KAREN P. HEWITT
United States Attorney
STEVE MILLER
Assistant U.S. Attorney
California State Bar No. 138020
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone:(619) 557-5432
email: steve.miller2@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORI STAUFFER (1), and<br>MARK NEEL (2),<br><br>Defendant. | Criminal Case No. 07cr3355-LAB<br><br>Date: January 22, 2008<br>Time: 2:00 p.m.<br><br>GOVERNMENT'S APPLICATION FOR ORDER TO SHORTEN TIME |

The Government requests an order shortening time to January 16, 2008, to file its response and opposition to defendant's motions.

The grounds for this application is because Government counsel has been in trial preparations and started trial on January 15, 2008 in case of United States v. Randy Joe Delacruz 07cr2981-LAB.

Dated: January 16, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Steve Miller

STEVE MILLER
Assistant U.S. Attorney

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LORI STAUFFER (1), and<br>MARK NEEL (2),<br>Defendant. | Criminal Case No. 07CR3355-LAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Steve Miller, am a Citizen of the United States over the age of eighteen years and a resident of San Diego county, California. My business address is 880 Front Street, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of the Government's Application for Order to Shorten Time on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

1. Michael E. Burke; burkelaw1@sbcglobal.net
2. Robert H. Rexrode; robert_rexrode@rexrodelawoffices.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case.

n/a

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2008.

s/Steve Miller
STEVE MILLER