UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LORI STAUFFER (1),<br>MARK NEEL (2),<br>Defendant. | Case No. 07cr3355-LAB<br><br>ORDER SHORTENING TIME |

Upon application of the Government and good cause appearing therefor,

IT IS HEREBY ORDERED that the Government's Response and Opposition to defendant's motions be filed on January 16, 2008.

DATED: January 18, 2008

[signature]

HONORABLE LARRY ALAN BURNS
United States District Judge