PS 8B
(05/08)

May 27, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2008 MAY 28 AM 9:46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**Request for Modifying the Conditions of Pretrial Release**

**Name of Defendant:** Lori Stauffer **Dkt No.:** 07CR3355-LAB-001

**Name of Judicial Officer:** The Honorable Larry Alan Burns, U.S. District Judge

**Date Conditions Were Ordered:** November 20, 2007

**Conditions of Release:** a travel restriction to the State of California; report for supervision to Pretrial Services; not possess or use any narcotic drug or other controlled substance without a valid medical prescription; do not possess any dangerous weapon or explosive device; reside at Rachel's House or halfway house to be specified in discretion of Pretrial Services and report to Pretrial Services on a weekly basis.

**Modification:** On December 4, 2007, the defendant's conditions of release were modified to include abstain from alcohol.

**Date Released on Bond:** November 20, 2007.

**Charged Offense:** 8 USC § 3124 (Alien Smuggling)

**Next Court Hearing:** Sentencing on July 28, 2008, at 9:30 a.m.

**AUSA:** Stephen Frederick Miller
(619) 557-5610

**Defense Counsel**: Michael Burke (Appointed)
(619) 234-2503

**Prior Violation History:** On November 29, 2007, the defendant failed a breathalyzer test which tested positive for alcohol. A violation letter was submitted to the Honorable Jan M. Adler requesting conditions of release to be modified to include abstain from alcohol.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

PRAYING THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO TESTING AND/OR TREATMENT AS SPECIFIED BY THE PRETRIAL SERVICES OFFICER, FOR DRUGS OR

PS 8B
(05/08)



ALCOHOL, RESIDE AT NEXT STEP SOBER LIVING AND MENTAL HEALTH COUNSELING AS DIRECTED BY THE PRETRIAL SERVICES OFFICER.

---

**CAUSE**

On May 27, 2008, the defendant called the undersigned and stated she failed a breathalyzer test which was given on May 24, 2008. Ms. Stauffer indicates she consumed a double shot of vodka along with a couple of beers. When asked her reason for violating her conditions of release, the defendant stated she has been feeling depressed and feels she does not have a support network. The defendant further indicates she has been experiencing a lot of stress over her case and would like substance abuse and mental health counseling services. The undersigned indicated it would require modifying her conditions of release and the defendant stated she was not opposed to this.

On May 27, 2008, the undersigned spoke with Monica Williams, (Case Manager at Correctional Alternatives Inc., who indicated the defendant failed a breathalyzer test which tested positive for alcohol (.119 the first test and .106 the second test), which is a violation of the facility's rules. As a result, Ms. Stauffer was terminated from Correctional Alternatives Inc. However, they will allow the defendant to stay until May 28, 2008.

Attempts by our office to contact the AUSA and defense counsel have been unsuccessful.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** 5/27/08

Respectfully submitted:

by K. Hilton
Kimura Hilton
United States Pretrial Services Officer
(619) 446-3730
Place: San Diego, California

Reviewed and approved:

[signature]
Supervising U.S. Pretrial Services Officer

PS 8B
(05/08)

Name of Defendant: Lori Stauffer
Docket No.:07CR3355-LAB-001

May 27, 2008


**THE COURT ORDERS:**

__✓__ AGREE, ORDER THE DEFENDANT TO SUBMIT TO TESTING AND/OR TREATMENT AS SPECIFIED BY THE PRETRIAL SERVICES OFFICER, FOR DRUGS OR ALCOHOL, RESIDE AT NEXT STEP SOBER LIVING AND MENTAL HEALTH COUNSELING AS DIRECTED BY THE PRETRIAL SERVICES OFFICER.

________ Other ____________________________________________

Larry A. Burns ________________________ 5-27-08 ____________

The Honorable Larry Alan Burns
U.S. District Judge

Date