Michael Edmund Burke
Attorney at Law
CSB #98925
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone:(619) 234-2503

Attorneys for Defendant, LORI STAUFFER

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LORI STAUFFER,<br>Defendant. | **Case No.: 07-CR-3355-LAB**<br>**<u>SENTENCING</u>:**<br>**Date: July 28, 2008**<br>**Time: 9:30 a.m.**<br>**ACKNOWLEDGMENT**<br>**<u>OF NEXT COURT DATE</u>** |

I, LORI STAUFFER, acknowledge my duty to be present at the next scheduled court date of July 28, 2008 @ 9:30 a.m. before the Honorable Larry A. Burns.

Dated: May 19, 2008

LORI STAUFFER

# CERTIFICATE OF SERVICE

I, Michael Edmund Burke, hereby certify to the best of my information and belief that by having e-filed the "Acknowledgment of Next Court Date" I have caused a copy to have been served via electronic mail upon each of the following:

Stephen Frederick Miller Steve.Miller2@usdoj.gov, efile.dkt.gc1@usdoj.gov, Maria.Richardson@usdoj.gov

Robert H Rexrode, III robert_rexrode@rexrodelawoffices.com

Dated: June 30, 2008

s/Michael Edmund Burke

Michael Edmund Burke,
Attorney for LORI STAUFFER